JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAOS CHUMAN, | ) Case No. CV 08-6976-PA (DTB) |
| Petitioner, | ) |
| vs. | ) **J U D G M E N T** |
| JOHN MARSHALL, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: April 4, 2011

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE